Murray A. **WOODWORTH**, Plaintiff–Appellant,

v.

**UNITED STATES of America**, Defendant–Appellee.

No. 01–56377.

D.C. No. CV–00–07453–CAS.

United States Court of Appeals, Ninth Circuit.

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

Submitted July 22, 2002.*

Decided July 30, 2002.

Before BROWNING, KOZINSKI, and BERZON, Circuit Judges.

MEMORANDUM **

Murray A. Woodworth, a federal prisoner, appeals pro se the district court's dismissal of his action alleging a work-related injury, removal from his UNICOR job, and transfer to a lower-paying job in the prison. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Barnett v. Centoni*, 31 F.3d 813, 816 (9th Cir.1994) (per curiam), and affirm.

We agree with the district court that 18 U.S.C. § 4126 is Woodworth's exclusive remedy for exposure to toxic chemicals while working at a prison job. *See United States v. Demko*, 385 U.S. 149, 152–53, 87 S.Ct. 382, 17 L.Ed.2d 258 (1966); *Vander v. U.S. Dep't of Justice*, 268 F.3d 661, 663 (9th Cir.2001).

The district court properly dismissed Woodworth's claims concerning removal from his UNICOR job and transfer to a lower-paying position because he has neither a liberty nor a property interest in his prison job. *See Sandin v. Conner*, 515 U.S. 472, 483–84, 115 S.Ct. 2293, 132 L.Ed.2d 418 (1995); *Board of Regents v.*

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

*Roth*, 408 U.S. 564, 577, 92 S.Ct. 2701, 33 L.Ed.2d 548 (1972).

**AFFIRMED.**

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

